FILED'09 AUG 07 14:34USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EMMERT INDUSTRIAL
CORPORATION, an Oregon Corporation,

       Plaintiff,

v.

COPELAND EQUIPMENT PARTS, INC., a
Texas corporation,

       Defendant.

Civil No. 09-229-PK

ORDER

HAGGERTY, District Judge:

      Magistrate Judge Papak has issued a Findings and Recommendation [16] in this action. The Magistrate Judge recommends granting defendant's Motion to Dismiss for Lack of Personal Jurisdiction [6] and recommends denying all other motions as moot. No objections were filed, and the case was referred to this court.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate Judge. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation in its entirety.

## CONCLUSION

The Findings and Recommendation [16] is adopted. Defendant's Motion to Dismiss [6] is GRANTED and all other pending motions are denied as moot. This case is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 7 day of August, 2009.

Ancer L. Haggerty
United States District Judge

2 - ORDER